**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

INEZ DERDEN,

    **Plaintiff,**

**-vs-**                                                    **Case No. 1:17-CV-336**

CITY OF CINCINNATI, *et al.*,
    **Defendant.**

---

**JUDGMENT IN A CIVIL CASE**

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

that Defendants' Motion to Dismiss for Want of Prosecution (doc. 39) is GRANTED. This case is terminated from the Court's docket.

Date: November 20, 2018                          RICHARD W. NAGEL, CLERK

                                                                                By: s/Emily Hiltz

                                                                                Emily Hiltz, Deputy Clerk